UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **GLENN DAMOND** | **CASE NO. 24-cv-0015 SEC P** |
| -vs- | **JUDGE DRELL** |
| **CITY OF HARRISONBURG, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 26), and after a de novo review of the record, including the Objection filed by Plaintiff (ECF No. 27), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss filed by the City of Harrisonburg (ECF No. 22) be GRANTED, dismissing only Plaintiff's claims against that entity.

THUS DONE AND SIGNED at Alexandria, Louisiana this 10th day of January 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT