UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**GLENN DAMOND**  CASE NO. 24-cv-0015 SEC P

-vs-  JUDGE DRELL

**CITY OF HARRISONBURG, ET AL.**  MAGISTRATE JUDGE PEREZ-MONTES

---

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 44), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Defendants' Motion for Summary Judgment (ECF No. 35) is GRANTED; the Plaintiff's Motion for Summary Judgment (ECF No. 39) is DENIED, and the Complaint (ECF Nos. 1, 6, 8) is DENIED and DISMISSED, WITHOUT PREJUDICE as to the state law claims, but WITH PREJUDICE as to all other claims.

THUS DONE AND SIGNED at Alexandria, Louisiana this 25th day of August 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT